IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-049 |
| DOLLAR TREE STORES, INC., | * * | |
| Defendant. | * | |

**ORDER**

Presently pending before the Court is Plaintiff's motion to dismiss with prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff has requested this action be dismissed. Defendant has not filed a counterclaim and does not oppose the granting of Plaintiff's motion. (Doc. 25.) **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA