# United States District Court
## Southern District of Georgia

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-049

DOLLAR TREE STORES, INC.,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 24, 2018, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); therefore, all motions and deadlines are terminated and this case stands closed.

| | |
|---|---|
| 09/24/2018 | Scott L. Poff |
| Date | Clerk |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |